■ MARINA ONTANEDA, Appellant, v COUNTRY-WIDE INSURANCE COMPANY, Respondent. [803 NYS2d 117]—

In an action, inter alia, to recover damages for breach of contract, the plaintiff appeals from an order of the Supreme Court, Queens County (Satterfield, J.), dated February 24, 2004, which granted the defendant's motion for summary judgment dismissing the complaint.

Ordered that the order is affirmed, with costs.

The plaintiff sustained personal injuries in an automobile accident on August 22, 1994. Since that time, she has pursued two prior actions and an arbitration against her insurer, the defendant Country-Wide Insurance Company, to recover, inter alia, both uninsured and no-fault benefits under her policy. As a result thereof, the plaintiff recovered the full amounts of her policy limits, as well as statutory penalties for the defendant's delay in paying her claims. As relevant to the instant appeal, in connection with the settlement of the plaintiff's second action, which was commenced on or about January 24, 2000, the plaintiff executed, inter alia, a general release, dated January 25, 2002. In the instant action, the plaintiff seeks, inter alia, damages for breach of contract based on the defendant's alleged bad faith in delaying the processing of her insurance claims.

The general release, dated January 25, 2002, which the plaintiff signed, bars the instant action (*see Falconieri v A & A Discount Auto Rental*, 262 AD2d 446, 447 [1999]; *DeQuatro v Zhen Yu Li*, 211 AD2d 609, 609-610 [1995]).

The plaintiff's remaining contentions are either unpreserved for appellate review or without merit. H. Miller, J.P., Adams, Spolzino and Fisher, JJ., concur.